✎ AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-119-715**

**Effective Date of Registration:**
September 19, 2018

## Title
  Title of Work:   PINKY

## Completion/Publication
  Year of Completion:   2016
  Date of 1st Publication:   May 01, 2017
  Nation of 1st Publication:   United States

## Author
  • Author:   Vanessa P. A. Evelyn
  Author Created:   photograph
  Citizen of:   United Kingdom
  Domiciled in:   United Kingdom

## Copyright Claimant
  Copyright Claimant:   Vanessa P. A. Evelyn
  123 N. Wacker Drive, Suite 250, Chicago, 60606, United States

## Rights and Permissions
  Organization Name:   Blaise & Nitschke, P.C.
  Name:   Heather L. Blaise
  Email:   hblaise@blaisenitschkelaw.com
  Telephone:   (312)448-6602
  Address:   123 N. Wacker Drive, Suite 250
  Chicago, IL 60606 United States

## Certification
  Name:   Heather L. Blaise

Page 1 of 2

**EXHIBIT 12**

Date: September 19, 2018

**Registration #:** VA0002119715
**Service Request #:** 1-6932821555

Blaise & Nitschke, P.C.
Heather L. Blaise
123 N. Wacker Drive, Suite 250
Chicago, IL 60606 United States